UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Aakim Hose Franklin            Docket No. 5:03-CR-144-1BO
**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Aakim Hose Franklin, who, upon an earlier plea of guilty to Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on November 3, 2003, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Aakim Hose Franklin was released from custody on December 5, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 13, 2015, the court was notified of the defendant's positive drug test (marijuana). His drug testing frequency was increased and he was continued on supervision. On May 20, 2015, the defendant tested positive for the use of marijuana. When confronted, he admitted to smoking the substance. As a result of this subsequent drug use, Franklin has been referred for treatment and he has agreed to complete 30 days of Home Detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency Monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8675 |
| | Executed On: June 24, 2015 |

Aakim Hose Franklin
Docket No. 5:03-CR-144-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____25____ day of ____June____, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge